No. 02–10825. GARZA-HERNANDEZ *v.* UNITED STATES (Reported below: 61 Fed. Appx. 921); PEREZ-HUERTA *v.* UNITED STATES (61 Fed. Appx. 922); ZAPATA-MARTINEZ *v.* UNITED STATES (61 Fed. Appx. 921); SOLIS-BRIONES *v.* UNITED STATES (61 Fed. Appx. 920); CARBAJAL-TAGLE *v.* UNITED STATES (61 Fed. Appx. 921); MARTINEZ-RODRIGUEZ *v.* UNITED STATES (61 Fed. Appx. 920); SALINAS-RODRIGUEZ *v.* UNITED STATES (61 Fed. Appx. 922); CORTES-GALLEGOS *v.* UNITED STATES (61 Fed. Appx. 922); MENDOZA-MARTINEZ *v.* UNITED STATES (61 Fed. Appx. 921); HERNANDEZ-HERNANDEZ *v.* UNITED STATES (61 Fed. Appx. 922); GONZALEZ-MEDRANO *v.* UNITED STATES (61 Fed. Appx. 921); MELGAR-PEREZ *v.* UNITED STATES (67 Fed. Appx. 243); BARDALES STRURBER, AKA FIGUEROA-LANDEROS *v.* UNITED STATES (67 Fed. Appx. 243); AMAYA-ZAPATA *v.* UNITED STATES (67 Fed. Appx. 243); CATETE-FLORES, AKA MORENO *v.* UNITED STATES (67 Fed. Appx. 243); DELGADO-MEDELLIN *v.* UNITED STATES (67 Fed. Appx. 243); GUILLERMO PARRA *v.* UNITED STATES (67 Fed. Appx. 243); SANCHEZ-POMPA *v.* UNITED STATES (67 Fed. Appx. 246); MENDOZA-JIMENEZ, AKA JIMENEZ MENDOZA *v.* UNITED STATES (67 Fed. Appx. 246); ESPINOSA-VALLES, AKA ESPINOZA *v.* UNITED STATES (67 Fed. Appx. 246); GONZALEZ-DAVILA *v.* UNITED STATES (67 Fed. Appx. 246); SALAZAR-PALACIOS *v.* UNITED STATES (67 Fed. Appx. 247); YANEZ NORIEGA *v.* UNITED STATES (67 Fed. Appx. 246); GALLEGOS-GARZA *v.* UNITED STATES (67 Fed. Appx. 246); and PEREZ-MEZA *v.* UNITED STATES (67 Fed. Appx. 247). C. A. 5th Cir. Certiorari denied.

No. 02–10827. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10828. BAUMANN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10831. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–1305. DICKSON ET AL. *v.* MICROSOFT CORP. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 02–1514. SWARTZ *v.* SCHERING-PLOUGH CORP. ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.